Gary L. Huss (SBN 057370)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: ghuss@wctlaw.com

Attorneys for Defendant
BILL COCKERHAM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>v.          )<br>            )<br>BILL COCKERHAM, )<br>            )<br>        Defendant. )<br>            ) | Case No. 06-CR-00038 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

IT IS HEREBY STIPULATED by and between the parties herein through their respective counsel of record that the status conference presently set for July 5, 2006, at 1:30 can be continued to August 14, 2006, at 1:30 p.m. for the purpose of entry of a plea by the defendant.

This stipulation is entered into based on the execution and filing of a plea agreement and in consideration of the defendant being admitted to a live in treatment program that will last for six (6) weeks commencing June 26, 2006.

June 26, 2006                                                  /s/ David Gappa
DATED                                                          DAVID GAPPA
                                                               Assistant United States Attorney


June 27, 2006                                                  /s/ Gary L. Huss
DATED                                                          GARY LHUSS
                                                               Attorney for Defendant

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING

**IT IS SO ORDERED.**

**Dated:** __June__                         ___/s/ Oliver W. Wanger___
**emm0d6**                                   **UNITED STATES DISTRICT JUDGE**

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING